04-00225
USDC/RI
Torres, E

MANDATE

# United States Court of Appeals
## For the First Circuit

---

No. 04-2730

EDMOND J. BROWN,

Petitioner,

v.

A.T. WALL, DIRECTOR OF RHODE ISLAND DEPARTMENT OF CORRECTIONS,

Respondent.

---

Before

Selya, Circuit Judge,
Stahl, Senior Circuit Judge and
Lynch, Circuit Judge.

---

JUDGMENT

Entered: April 6, 2005

Petitioner Edmond J. Brown's application for permission to file a second or successive habeas petition pursuant to 28 U.S.C. § 2254 is denied for the following reasons: (1) petitioner, in his prior § 2254 petition, had raised all but one of the claims he now wishes to raise in a second § 2254 petition; and (2) petitioner does not cite any new rules of constitutional law or any new facts upon which he bases the remaining claim. The claims, therefore, are barred. See 28 U.S.C. § 2244(b)(1) and (2).

Denied.

**Certified and Issued as Mandate under Fed. R. App. R 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** 8/11/05

By the Court:

Richard Cushing Donovan, Clerk.

**JULIE GREGG**

By: ______________________________
Operations Manager.

[cc: Edmond J. Brown, Virginia M. McGinn, AAG]